# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RUTGERS CASUALTY INSURANCE COMPANY, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>JOHN P. CALAMOS, SR., Trustee of the Calamos Convertible and High Income Fund, NICK P. CALAMOS, former Trustee of the Calamos Convertible and High Income Fund, WESTON W. MARSH, Trustee of the Calamos Convertible and High Income Fund, JOE F. HANAUER, former Trustee of the Calamos Convertible and High Income Fund, JOHN E. NEAL, Trustee of the Calamos Convertible and High Income Fund, WILLIAM R. RYBAK, Trustee of the Calamos Convertible and HighIncome Fund, STEPHEN B. TIMBERS, Trustee of the Calamos Convertible and High Income Fund, DAVID D. TRIPPLE, Trustee of the Calamos Convertible and High Income Fund, CALAMOS ADVISORS, LLC, an investment advisor and Delaware limited liability company, CALAMOS ASSET MANAGEMENT, INC, a Delaware corporation and publicly held holding company, CALAMOS CONVERTIBLE AND HIGH INCOME FUND, and JOHN AND JANE DOES 1-100,<br><br>         Defendants. | Case No. 1:11-cv-00462<br><br>U.S. District Judge Edmond E. Chang<br><br><br><br>**PLAINTIFF'S MOTION FOR REMAND** |

Plaintiff, Rutgers Casualty Insurance Company, by its attorneys, respectfully moves this Court for an Order remanding this action to the Cook County Circuit Court under 15 U.S.C. § 78bb(f)(3)(D). This Motion is based on the Memorandum of Law submitted in support thereof, all other pleadings of record, and such additional evidence or argument that may be presented at a hearing on this matter.

Dated: February 22, 2011

**POMERANTZ HAUDEK GROSSMAN & GROSS, LLP**

/s/ Patrick V. Dahlstrom
Patrick V. Dahlstrom
One North LaSalle Street, Suite 2225
Chicago, Illinois 60602
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

Marc I. Gross
Murielle J. Steven
Jeremy A. Lieberman
**POMERANTZ HAUDEK GROSSMAN & GROSS, LLP**
100 Park Avenue, 26th Floor
New York, New York 10017-5516
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
migross@pomlaw.com
mjsteven@pomlaw.com
jalieberman@pomlaw.com

**Attorneys for Plaintiff**

1

**CERTIFICATE OF SERVICE**

    I, Patrick V. Dahlstrom, hereby certify that on February 22, 2011, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter who are registered with the Court's ECF filing system.

    /s/ Patrick V. Dahlstrom