IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RUTGERS CASUALTY INSURANCE COMPANY, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 11-cv-462 |
| v. | ) ) | Judge Edmond E. Chang |
| JOHN P. CALAMOS, SR., Trustee of the Calamos Convertible and High Income Fund, et al., | ) ) ) ) | Magistrate Judge Morton Denlow |
| Defendants. | ) ) | |

**DEFENDANTS' JOINT MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

Defendant Calamos Convertible and High Income Fund and its Independent Trustees, defendants Weston W. Marsh, Joe F. Hanauer, John E. Neal, William R. Rybak, Stephen B. Timbers and David D. Tripple, by their attorneys, and defendants John P. Calamos, Sr., Nick P. Calamos, Calamos Advisors LLC and Calamos Asset Management, Inc., by their attorneys, respectfully move the Court for leave to submit the March 14, 2011 decision of District Judge Elaine E. Bucklo in *Brown v. Calamos, et al.*, No. 10-cv-6558 (N.D. Ill. March 14, 2011) (a copy of which is attached hereto as Exhibit A), as additional authority in opposition to Plaintiff's pending Motion to Remand ("Motion to Remand") this case.

In support of their motion, Defendants state as follows:

1. On January 21, 2011, Defendants timely removed this action from the Circuit Court of Cook County, Illinois, to this Court pursuant to the Securities Litigation Uniform Standards Act, 15 U.S.C. § 77p(b), § 78bb(f)(l) ("SLUSA"). One week later, Defendants filed their Joint Motion to Dismiss the Complaint ("Joint Motion to Dismiss") seeking dismissal of

this case on the primary ground that the action is precluded by SLUSA, and submitted a memorandum supporting that ground of their motion. On February 22, 2011, several weeks after the filing of Defendants' Joint Motion to Dismiss, Plaintiff moved to remand the case to the Circuit Court of Cook County. The latter motion is now fully briefed.[1]

2. As noted in Defendants' Joint Response in Opposition to Motion to Remand (Dkt. #27 at 4, n. 3), *Brown v. Calamos, et al.*, Case No. 10-cv-6558, an action purportedly brought on behalf of a putative class of shareholders in another Calamos Fund (the Calamos Convertible Opportunities and Income Fund), has been pending before District Judge Bucklo on removal from the Circuit Court of Cook County, Illinois. The complaint in *Brown* (a copy of which is attached hereto as Exhibit B), is substantially similar to the Complaint in this action and asserts the same three purported state law claims as are alleged in Plaintiff Rutgers' Complaint. The defendants in *Brown* moved to dismiss the complaint pursuant to SLUSA and the plaintiff responded with a motion to remand arguing, like Plaintiff Rutgers, that SLUSA does not apply because the case purportedly does not allege a misrepresentation or omission of material fact in connection with the purchase or sale of a security.

3. On March 14, 2011, District Judge Bucklo entered an order in *Brown* holding that action barred by SLUSA, denying plaintiff Brown's motion to remand, and granting the *Brown* defendants' motion to dismiss pursuant to SLUSA. *See* Ex. A at 10. The decision in *Brown*, No. 10-cv-6558 (N.D. Ill. March 14, 2011), is additional authority supporting Defendants' joint response in opposition to Plaintiff Rutgers' Motion to Remand. The decision also is relevant to

---

[1] Briefing on Defendants' Joint Motion to Dismiss is not yet concluded. Plaintiff is due to respond to the Joint Motion to Dismiss on or before April 1, and Defendants are due to reply on or before May 2, 2011.

the Defendants' Joint Motion to Dismiss pursuant to SLUSA, which has not yet been fully briefed.

WHEREFORE, Defendants respectfully request that the Court grant Defendants leave to submit the attached Memorandum Opinion and Order in *Brown v. Calamos, et al.*, No. 10-cv-6558 (N.D. Ill. March 14, 2011), as additional authority in opposition to Plaintiff Rutgers' pending Motion to Remand.

| | |
|---|---|
| Dated: March 15, 2011 | Respectfully submitted, |
| | Weston W. Marsh, Joe F. Hanauer, John E. Neal, William R. Rybak, Stephen B. Timbers, David D. Tripple and Calamos Convertible and High Income Fund |
| John W. Rotunno<br>Paul J. Walsen<br>Molly K. McGinley<br>K&L GATES LLP<br>70 West Madison Street, Suite 3100<br>Chicago, Illinois 60602<br>Telephone: 312.372.1121<br>Facsimile: 312.345.9060 | By:    /s/ John W. Rotunno<br>        One of their attorneys |
| | Defendants John P. Calamos, Sr., Nick P. Calamos, Calamos Advisors LLC, and Calamos Asset Management, Inc. |
| Christian J. Mixter (*pro hac vice*)<br>Patrick D. Conner (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>Telephone: 202.739.3000<br>Facsimile: 202.739.3001 | By:    /s/ Christian J. Mixter<br>        One of their attorneys |
| Kevin B. Dreher<br>Michael F. Derksen<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 West Wacker Drive<br>Chicago, Illinois 60601-5094<br>Telephone: 312.324.1000<br>Facsimile: 312.324.1001 | |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused the foregoing *Defendants' Joint Motion to Submit Supplemental Authority In Opposition to Plaintiff's Motion to Remand* and the Exhibits thereto to be served automatically via CM/ECF to the following counsel of record:

Marc I Gross
Murielle J. Steven
Jeremy A. Lieberman
Pomerantz, Haudek, Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, New York 10017
Telephone: 212-661-1100
Facsimile: 212-661-8665
migross@pomlaw.com
mjsteven@pomlaw.com
jalieberman@pomlaw.com

Patrick V. Dahlstrom
Pomerantz, Haudek, Grossman & Gross LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184
pvdahlstrom@pomlaw.com

                                                      /s/  John W. Rotunno
                                                        John W. Rotunno