**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RUTGERS CASUALTY INSURANCE COMPANY, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 11-cv-462 |
| v. | ) ) | Judge Edmond E. Chang |
| JOHN P. CALAMOS, SR., Trustee of the Calamos Convertible and High Income Fund, et al., | ) ) ) ) | Magistrate Judge Morton Denlow |
| Defendants. | ) | |

**DEFENDANTS' JOINT STATUS REPORT REGARDING
<u>BROWN v. CALAMOS, ET AL.</u>, NO. 10-cv-6558**

Defendant Calamos Convertible and High Income Fund and its Independent Trustees, defendants Weston W. Marsh, Joe F. Hanauer, John E. Neal, William R. Rybak, Stephen B. Timbers and David D. Tripple, by their attorneys, and defendants John P. Calamos, Sr., Nick P. Calamos, Calamos Advisors LLC and Calamos Asset Management, Inc., by their attorneys, respectfully submit this report to advise the Court of the status of *Brown v. Calamos, et al.*, No. 10-cv-6558 (N.D. Ill.). District Judge Elaine E. Bucklo's March 14, 2011 decision in *Brown* (holding that action barred by SLUSA, denying plaintiff Brown's motion to remand, and granting the *Brown* defendants' motion to dismiss pursuant to SLUSA) was the subject of this Court's Order of March 18, 2011, granting leave to the defendants in this action ("Defendants") to submit Judge Bucklo's decision as additional authority in opposition to Plaintiff Rutgers Casualty Insurance Company's Motion to Remand.  On April 4, 2011, the undersigned Defendants received notice of the filing by plaintiff Brown of a Notice of Appeal from the final

judgment entered in *Brown* on March 14, 2011, which subsequently was docketed in the United States Court of Appeals for the Seventh Circuit on April 5, 2011, as Appeal No. 11-1758.

Dated: April 7, 2011

Respectfully submitted,

Weston W. Marsh, Joe F. Hanauer, John E. Neal, William R. Rybak, Stephen B. Timbers, David D. Tripple and Calamos Convertible and High Income Fund

By:    /s/  John W. Rotunno
           One of their attorneys

John W. Rotunno
Paul J. Walsen
Molly K. McGinley
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone: 312.372.1121
Facsimile: 312.345.9060

Defendants John P. Calamos, Sr., Nick P. Calamos, Calamos Advisors LLC, and Calamos Asset Management, Inc.

By:    /s/  Christian J. Mixter
           One of their attorneys

Christian J. Mixter (*pro hac vice*)
Patrick D. Conner (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: 202.739.3000
Facsimile: 202.739.3001

Kevin B. Dreher
Michael F. Derksen
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, Illinois 60601-5094
Telephone: 312.324.1000
Facsimile: 312.324.1001

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused the foregoing *Defendants' Joint Status Report Regarding Brown v. Calamos*, *et al.*, *No. 10-cv-6558*, to be served automatically via CM/ECF upon the following counsel of record:

Marc I Gross
Murielle J. Steven
Jeremy A. Lieberman
Pomerantz, Haudek, Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, New York 10017
Telephone: 212-661-1100
Facsimile: 212-661-8665
migross@pomlaw.com
mjsteven@pomlaw.com
jalieberman@pomlaw.com

Patrick V. Dahlstrom
Pomerantz, Haudek, Grossman & Gross LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184
pvdahlstrom@pomlaw.com

       /s/ John W. Rotunno
       John W. Rotunno