**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Rutgers Casualty Insurance Company
                                      Plaintiff,

v.                                                           Case No.: 1:11–cv–00462
                                                                   Honorable Edmond E. Chang

John P Calamos Sr, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 25, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Plaintiff's motion to remand and Defendants' motion to dismiss, and the supplemental filings, are under advisement. Status hearing of 10/27/11 is reset to 12/15/11 at 8:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.